### 15754.   GIBBS v. ROGERS.

### 15755.   GIBBS v. TOUCHSTONE.

BLOODWORTH, J.   These are companion cases to those of *Gibbs* v. *Security-Mutual Paint & Varnish Co.*, and *Gibbs* v. *Smith*, ante, 37, in which are involved the same questions.   The decisions in those cases are controlling in these.

> *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

> DECIDED NOVEMBER 12, 1924.

Motion to set aside judgment; from city court of Tifton—Judge J. H. Price.   June 7, 1924.

*R. A. Hendricks,* for plaintiff in error.

*Rogers & Rogers,* contra.